JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAREFOOT DREAMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v s.<br><br>TARGET CORPORATION, a Michigan corporation; SC LICENSING, LLC, a California Limited Liability Company; SIMPLY CHIC BRANDS, LLC., a California Limited Liability Company; DOES 1 - X, Inclusive,<br><br>    Defendants. | CASE NO.<br>CV-14-279-DSF(SHx)<br><br>ORDER OF DISMISSAL |

    Based on the Stipulation of Dismissal of the parties, the Court finds good cause to enter this Order of Dismissal as requested by the parties' Stipulation. Accordingly, pursuant to the Stipulation of Dismissal, the Court hereby orders that all claims for relief asserted by plaintiff against defendants are dismissed, with prejudice, with each party to bear their own costs and fees in connection with the dismissal. The Court will retain jurisdiction over the subject matter of this case for

1 the purposes of enforcing the terms of and the obligations imposed by the parties'
2 Settlement Agreements pursuant to <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S.
3 375, 114 S.Ct. 1673 (1994).

Dated: 4/22/14

*/s/ Dale S. Fischer*
UNITED STATES DISTRICT JUDGE